# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANK LEE BACK,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 05-0711-WS-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as this Court does not have jurisdiction.

**DONE** and **ORDERED** this 7th day of April, 2006.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE