# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANK LEE BACK,** | : |
| Petitioner, | : |
| v. | :   **CIVIL ACTION 05-0711-WS-M** |
| **JERRY FERRELL,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Jerry Ferrell and against Petitioner Frank Lee Back.

**DONE** and **ORDERED** this 7th day of April, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE